IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANCIS WARD,** *et al.***,** | ) |
| | ) |
|     **Plaintiffs / Counter-Defendants,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 09-0065-WS-N** |
| | ) |
| **REAL SHIPS, INC.,** | ) |
| | ) |
|     **Defendant / Counter-Plaintiff.** | ) |

**DEFAULT JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiffs, Francis Ward and Susan Ward, and against the defendant, Real Ships, Inc., in the total amount of **$2,123,148.69**. Defendant shall have and take nothing on its counterclaims.

DONE and ORDERED this 22nd day of October, 2009.

                                                         s/ WILLIAM H. STEELE
                                                         UNITED STATES DISTRICT JUDGE